Walter BIVINS, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 41749.

Court of Criminal Appeals of Texas.

March 12, 1969.

ESTATE of Mary C. HENDRIX, Appellant,

v.

George H. HENDRIX, Appellee.

No. 4802.

Court of Civil Appeals of Texas.

Waco.

March 27, 1969.

Jones, Blakeslee, Minton, Burton & Fitzgerald, by Roy Minton, Austin, for appellant.

Tom Blackwell, Dist. Atty., Austin, and Jim D. Vollers, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Presiding Judge.

The offense is the unlawful possession of marihuana, a narcotic drug; the punishment, 4 years, probated.

Appellant was jointly charged and tried with his co-defendant Michael Nus, Jr., and presents the same ground for reversal which we overruled in Nus v. State, Tex. Cr.App. 440 S.W.2d 310, this day decided.

The judgment is affirmed.

DOUGLAS, J., not participating.

ONION, Judge (concurring).

For the reasons set forth in my concurring opinion in Gaston v. State, Tex.Cr. App., 440 S.W.2d 297, this day decided, I concur in the results reached.

MORRISON, J., joins in this concurrence.